OLGA M. MARTÍNEZ RODRÍGUEZ, *Ex parte*, peticionaria.

*Número:* TS-13009    *Resuelto:* 10 de diciembre de 2004

*José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados; *Olga M. Martínez Rodríguez*, peticionaria.

RESOLUCIÓN

Examinada la petición presentada por la Lcda. Olga M. Martínez Rodríguez, en la que solicita darse de baja voluntariamente del ejercicio de la abogacía, así como la Moción del Colegio de Abogados de Puerto Rico para expresar,

luego de haber hecho la investigación correspondiente, que no tiene objeción alguna a tal petición, *se accede a lo solicitado efectivo de forma inmediata. La peticionaria deberá notificar a todos los clientes a quienes actualmente represente, si alguno, de su renuncia al ejercicio de la abogacía. Además, deberá tomar las medidas correspondientes para devolver los expedientes de los casos activos a aquellas personas que así lo soliciten.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo. El Juez Asociado Señor Rivera Pérez no intervino.

(*Fdo.*) María I. Colón Falcón
*Subsecretaria del Tribunal Supremo*